558

364 A.2d 938

Commonwealth v. Cumberledge, Appellant.

Submitted November 17, 1975. William R. Nalitz, for appellant; W. Bertram Waychoff, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc*. *Commonwealth v. Roberts*, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975).

VAN der VOORT, J., concurs in the result.

WATKINS, P. J., and JACOBS, J., note their dissents.

371 A.2d 223

Commonwealth v. Daniels, Appellant.

Submitted December 16, 1975. Charles J. Tague, Jr., Assistant Public Defender, and Peter T. Campana, Public Defender, for appellant; Gregory V. Smith, Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.